IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JAIME MONTANEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BERKLEY OIL & GAS SPECIALTY SERVICES, LLC; and RIVERPORT INSURANCE COMPANY, | ) ) ) |
| | ) |
| Defendants. | ) Civil Action No. 1:24-CV-049-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal With Prejudice, filed April 16, 2024, finds that all claims in the above-styled and -numbered civil action brought by Plaintiff against Defendant Berkley Oil & Gas Specialty Services are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear its own fees and costs. Plaintiff's claims against Defendant Riverport Insurance Company remain pending. The Clerk shall terminate Defendant Berkley Oil & Gas Specialty Services pending motion to dismiss [ECF No. 3].

SO ORDERED.

Dated this 17th day of April, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE