IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JAIME MONTANEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BERKLEY OIL & GAS SPECIALTY SERVICES, LLC; and RIVERPORT INSURANCE COMPANY, | ) ) ) |
| | ) |
| Defendants. | ) Civil Action No. 1:24-CV-049-C |

## ORDER

The Court notes that the Plaintiff and Defendant Riverport Insurance Company have filed a Joint Stipulation of Dismissal on October 29, 2024. As such, all remaining claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each of the Parties to bear their own fees and costs.

SO ORDERED this 30th day of October, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE